# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Magallanes,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Regal Entertainment Group, Inc.,<br><br>　　　　Defendants. | Case No. 2:24-cv-11039-AH-(PDx)<br><br>**FINAL JUDGMENT  [JS-6]** |

　　For the reasons stated in the separate order of dismissal entered on March 7, 2025, this action is dismissed without prejudice.

　　This is a final judgment.

Dated:  March 7, 2025

　　　　　　　　　　　　　　　　_/s/ Anne Hwang_____
　　　　　　　　　　　　　　　　HON. ANNE HWANG
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE